AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00352 |
| Emil Kozeluh | ) Assigned to: Judge Sharbaugh, Matthew J. |
| | ) Assign Date: 11/5/2024 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Emil Kozeluh,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Emil Kozeluh;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds.
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building;
18 U.S.C. § 231(a)(3) - Civil Disorder.

Michael Mollo, Jr.
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds.
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building;
18 U.S.C. § 231(a)(3) - Civil Disorder.

Date:  11/05/2024

Digitally signed by Matthew J. Sharbaugh
Date: 2024.11.05 11:17:33 -05'00'

*Issuing officer's signature*

City and state:  Washington, D.C.      Matthew J. Sharbaugh, U.S. Magistrate Judge

*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/5/24, and the person was arrested on *(date)* 11/7/24
at *(city and state)* Palos Hills, IL.

Date: 11/7/24

*Arresting officer's signature*

Robert L Richardson III   Special Agent
*Printed name and title*