UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 24-MJ-352 (MJS) |
| : | |
| **EMIL KOZELUH &** : | |
| **MICHAEL MOLLO, JR.** : | |
| : | |
| **Defendants.** : | |

# ORDER

Pursuant to the motion filed by the United States, ECF 16, it is hereby ordered that the Motion to Dismiss the Complaint pursuant to Rule 48(a) with prejudice is GRANTED.

**SO ORDERED** this _____ day of _____, 2025.

_____
HONORABLE MATTHEW J. SHARBAUGH
United States Magistrate Judge